UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Von Ro Corporation,<br><br>Debtor. | Ch. 7<br><br>BKY. No. 13-34910 |
| Stephen J. Creasey, Trustee.<br><br>Plaintiff<br>vs.<br><br>Mark J. Mimbach;<br>M.J. Mimbach, Inc.;<br>Spire Credit Union f/k/a Greater Minnesota Credit Union,<br>And John Doe 1-x, Jane Doe 1-x, ABC corporation,<br><br>Defendants. | ADV. No.14-03162 |

### STIPULATION TO EXTEND DEADLINE

This Stipulation is entered into by and between the Plaintiff, Steven J. Creasey, Trustee, and Defendants Mark J. Mimbach and M.J. Mimbach, Inc. (collectively, the "Parties"), by and through their undersigned legal counsel, who hereby stipulate and agree as follows:

1. The date by which Defendants Mark J. Mimbach and M.J. Mimbach, Inc. must answer or otherwise respond to Plaintiff's Complaint herein is extended through and including January 30, 2015; and

2. Pursuant to Local Rule 9011-4(f), the Parties agree that this Stipulation may be filed by counsel for the Plaintiff with the electronic signatures of all counsel.

                                        **LAPP, LIBRA, THOMSON,**
                                        **STOEBNER & PUSCH**

Dated: January 16, 2015                   __/e/__ Ralph V. Mitchell___
                                                Ralph V. Mitchell #184639
                                                120 South Sixth Street
                                                Suite 2500
                                                Minneapolis, MN 55402
                                                (612) 338-5815

                                                ATTORNEY FOR PLAINTIFF,
                                                STEPHEN J. CREASEY, TRUSTEE
                                                OF THE BANKRUPTCY ESTATE
                                                OF VON RO CORPORATION


                                                    **KIDWELL LAW OFFICE**

Dated: January 16, 2015                   __/e/__ Brian F. Kidwell___
                                                Brian F. Kidwell #146493
                                                4601 Excelsior Blvd.
                                                Suite 500
                                                St. Louis Park, MN 55416
                                                (763) 218-0018

                                                ATTORNEY FOR DEFENDANTS
                                                MARK J. MIMBACH and
                                                M.J. MIMBACH, INC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Von Ro Corporation, | BKY 13-34910-GFK |
| Debtor. | |

| | |
|---|---|
| Stephen J. Creasey, Trustee, | ADV NO. 14-03162 |
| Plaintiff | |
| vs. | |
| Mark J. Mimbach;<br>M.J. Mimbach, Inc.;<br>Spire Credit Union fka Greater Minnesota Credit Union,<br>and John Doe 1-x, Jane Doe 1-x, ABC corporation, | |
| Defendants | |

**ORDER APPROVING
STIPULATION TO EXTEND DEADLINE**

This matter came before the court upon the Stipulation entered into by and between the Plaintiff, Steven J. Creasey, Trustee, and Defendants Mark J. Mimbach and M.J. Mimbach, Inc. to extend the deadline by which Defendants Mark J. Mimbach and M.J. Mimbach, Inc. must answer or otherwise respond to Plaintiff's Complaint herein.

ORDERED:

1. The Stipulation is approved.

2. The date by which Defendants Mark J. Mimbach and M.J. Mimbach, Inc. must answer or otherwise respond to Plaintiff's Complaint herein is extended through and including January 30, 2015.

Dated:

_____
GREGORY F. KISHEL
UNITED STATES BANKRUPTCY JUDGE

2