# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re: | Ch. 7 |
| Von Ro Corporation, | BKY. No. 13-34910 |
| Debtor. |  |
| Stephen J. Creasey, Trustee. | ADV. No.14-03162 |
| Plaintiff |  |
| vs. | **CORPORATE OWNERSHIP STATEMENT** |
| Mark J. Mimbach;<br>M.J. Mimbach, Inc.;<br>Spire Credit Union f/k/a Greater Minnesota Credit Union,<br>And John Doe 1-x, Jane Doe 1-x, ABC corporation, |  |
| Defendants. |  |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for M.J. Mimbach, Inc. in the above captioned action, certifies that there are no entities to report under Federal Rule of Bankruptcy Procedure 7007.1.


Dated: <u>March 18, 2015</u>           /s/ David W. Buchin
                                       David W. Buchin
                                       Attorney I.D. No. 237413
                                       816 West St. Germain, Suite 211
                                       St. Cloud, Minnesota 56301
                                       Telephone: (320) 259-7727